UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.:
8:17-CV-1166-T-35 AEP

2017 MAY 17 AM 11:25
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

ENDOFA LLC,

Plaintiff,

v.

CANEGA, INC. d/b/a CANEGA OFFSHORE SERVICES, CANEGA INTERNATIONAL PTE. LTD., and CANEGA INTERNACIONAL, S.A. de C.V.,

Defendants.
_______________________________/

## COMPLAINT

COMES NOW the Plaintiff, ENDOFA LLC ("Endofa"), by and through its undersigned counsel, and sues the Defendants, and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for breach of a maritime contract within the meaning of F.R.Civ.P. 9(h); in the alternative, this is an action for monetary damages in excess of $75,000.00, exclusive of interest, attorneys' fees, and related costs.

2. Endofa is a corporation duly organized and existing under the laws of the State of Texas, having its principal place of business located in Houston, Texas.

TPA 043577

3. Endofa is engaged in, among other things, the business of providing fuel to vessels and their owners, operators, and charterers.

4. Defendant Canega, Inc. ("Canega") is a corporation organized and existing under the laws of Florida, having its principal place of business located in Pasco County, Florida. Canega has registered its fictitious name, Canega Offshore Services, with the State of Florida, and designated itself as doing business in multiple counties in Florida.

5. On information and belief, Defendant Canega International Pte. Ltd. ("Canega Pte") is a corporation incorporated under the laws of Singapore, and Defendant Canega Internacional S.A. de C.V. (Canega S.A.), is a corporation incorporated under the laws of Mexico.

6. This Court has jurisdiction over this matter action which involves breach of a maritime contract within the meaning of 28 U.S.C. §1333 and F.R.Civ.P. 9(h); in the alternative, there is jurisdiction pursuant to 28 U.S.C. §1332(a)(2) in that the matter in controversy exceeds the sum or value of $75,000.00, and Endofa is a citizen of the State of Texas, and Defendants are citizens of Florida, Singapore, and Mexico, respectively.

7. All conditions precedent to the maintenance of this action have been performed, have been waived, or have occurred.

## COUNT I
## BREACH OF CONTRACT

8. Plaintiff incorporates by reference the allegations of Paragraphs 1 through 7 above if fully stated herein.

9. Pursuant to maritime contacts between Plaintiff and Defendants, Plaintiff provided $368,694.10 worth of bunkers and bunker services to the M/V *Salvin Princess* on or about January 26, 2017, January 30, 2017, and February 20, 2017 at Lagos, Nigeria. Copies of the invoices and Delivery Notes are attached hereto as Exhibit A.

10. Plaintiff provided such bunkers to the Vessel on the order of, and to the account of, the Vessel, Vessel's Owner(s), and the Vessel's charterer(s) and agent(s).

11. Defendants failed to remit payment for the principal amounts due, totaling $368,694.10, thereby breaching their contract with Endofa.

12. Pursuant to the Endofa Group General Terms and Conditions, which are incorporated into each contract, Plaintiff is entitled to recover from Defendants all reasonable costs and expenses, including attorneys' fees, incurred in connection with this litigation.

13. Plaintiff has suffered damages in the amount of $368,694.10 plus accrued interest of $7,915.76 as of May 10, 2017, continuing interest at the rate of $181.82 per day, plus costs and attorneys' fees.

**WHEREFORE**, Plaintiff respectfully prays that this Court enter judgment against Defendants for all amounts due, including pre-judgment and post-judgment interest, attorneys' fees and costs, together with such other and further relief as this Court deems just and proper.

## COUNT II
## OPEN ACCOUNT

14. Plaintiff incorporates by reference the allegations of Paragraphs 1 through 7 above as if fully stated herein.

15. This is an action on an open account.

16. Defendants owe Plaintiff the current aggregate amount of $368,694.10, plus interest and late fees that are presently due and owing, as evidenced by the attached invoices marked Exhibit A.

17. Defendant Canega S.A. has expressly and/or impliedly accepted the benefits and liabilities of the open account, and by its actions induced the Plaintiff to keep the account open, including making payments on accounts of other Canega entities such as Defendant Canega.

18. Pursuant to the Endofa Group General Terms and Conditions, which are incorporated into each contract, Plaintiff is entitled to recover from Defendants all reasonable costs and expenses, including attorneys' fees, incurred in connection with this litigation.

19. Plaintiff has suffered damages in the amount of $368,694.10 plus accrued interest of $7,915.76 as of May 10, 2017, continuing interest at the rate of $181.82 per day, plus costs and attorneys' fees.

**WHEREFORE**, Plaintiff respectfully prays that this Court enter judgment against Defendants for all amounts due, including pre-judgment and post-judgment interest, attorneys' fees and costs, together with such other and further relief as this Court deems just and proper.

## COUNT III
## ACCOUNT STATED

20. Plaintiff incorporates by reference the allegations of Paragraphs 1 through 7 above as if fully stated herein.

21. Before the institution of this action, Plaintiff and Defendants had business transactions between them, and they agreed to the resulting balance.

22. Plaintiff rendered invoices, copies of which are attached as Exhibit A, and Defendants did not object to the statement.

23. Defendants owe Plaintiff the current amount of $368,694.10 plus interest.

24. Prior to initiating this lawsuit, Plaintiff and its attorneys contacted Defendants to make a final demand for payment, and to make arrangements with Defendant to satisfy its obligations to Endofa. Defendants never objected to the amount stated in the invoices attached hereto as Exhibit A and have never advised Plaintiff or its attorneys that the amount billed was inaccurate or in dispute.

25. Despite Plaintiff's attempt to amiably resolve this matter, Defendants rebuffed Plaintiff, and have not made a satisfactory attempt to resolve this dispute.

26. Pursuant to the Endofa Group General Terms and Conditions, which are incorporated into each contract, Plaintiff is entitled to recover from Defendants all reasonable costs and expenses, including attorneys' fees,

incurred in connection with this litigation.

**WHEREFORE**, Plaintiff respectfully prays that this Court enter judgment against Defendants for all amounts due, including any late fees, pre-judgment and post-judgment interest, attorneys' fees and costs, together with such other and further relief as this Court deems just and proper.

**COUNT III**
**UNJUST ENRICHMENT**

27. Plaintiff incorporates by reference the allegations of Paragraphs 1 through 7 above as if fully stated herein.

28. This is an action for unjust enrichment stemming from failure of Defendants to pay for services and goods rendered.

29. Plaintiff conferred the benefit of fueling upon Defendants who had knowledge thereof.

30. Defendants voluntarily accepted the benefit of the services provided by Plaintiff to Defendants without adequately compensating them.

31. By failing to pay Plaintiff for the services it has accepted, Defendants have been unjustly enriched in the amount of $368,694.10. It would be inequitable for Defendants to retain the benefits of the goods and services provided without paying the value thereof to Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that this Court enter a judgment against Defendants for all amounts due, plus pre-judgment and post-judgment interest, together with such and further relief as this Court deems just and proper.

Dated this 16th day of May, 2017.

Respectfully submitted,

By:____________________

William R. Boeringer, Esq.
Florida Bar No.: 347191
FOWLER RODRIGUEZ LLP
*Attorneys for Plaintiff*
355 Alhambra Circle, Suite 801
Coral Gables, Florida 33134
Telephone: (786) 364-8400
Facsimile: (786) 364-84011358
E-mail: wboeringer@frfirm.com

endofa
Delivering Positive Energy

**INVOICE NO.: Q-8153**

For account: Canega International Pte. Ltd.
c/o Canega Offshore Services
33544, FL
Wesley Chapel
United States

**Endofa LLC**
3730 Kirby Drive, Suite 1101
Houston, Texas 77098, U.S.A.
Telephone: +1 713 807 7337
sales@endofa.com

Vessel: SALVIN PRINCESS
Port: Lagos Apapa w./barge
Delivery (d-m-Y): 26-01-2017 - 26-01-2017

| Item | Quantity | Unit Price | Total Price |
|---|---|---|---|
| MGO by truck | 70.000 CBM | 796.000 USD/MTS | 48,069.64 USD |
| ITEM Port charges | 1.000 LPS | 2,447.000 USD/LPS | 2,447.00 USD |
| ITEM Surveyor Fee | 1.000 LPS | 247.000 USD/LPS | 247.00 USD |
| **Total payment due to Endofa LLC** | | | **50,763.64 USD** |

Payment terms: Credit 45 days from date of delivery
Due date: 11-03-2017

Please be aware that all mail correspondence regarding payment related information, will come from accounts@endofa.com to avoid any attempts of email phishing.

** Please note that overdue payment will cause 3% per month interest charge of total invoice amount, chargeable from due date.
** Payments including partial payments made pursuant this invoice are with prejudice non-returnable and will be credited to the amount due.
** Our invoices are processed electronically only, so kindly treat scanned invoices and bunker delivery note as original.
** Please note NO ORIGINALS shall be sent unless requested by you.

IMPORTANT NOTE: This receivable has been pledged to TFS RT Inc., in accordance with, and subject to, the terms of the Master Accounts Receivable Loan and Security Agreement between TFS RT Inc., and Endofa LLC. Any objection to this invoice must be reported immediately to TFS RT Inc.

Please make payable to: Endofa LLC
Beneficiary address: 3730 Kirby Drive, Suite 1101
Houston, Texas 77098
U.S.A.

Name of Bank: Bank of Oklahoma, N.A.
Swift code: BAOKUS44XXX
Route no: 111014325
Account no: 8095609186

endofa™
Delivering Positive Energy

# CARGO DELIVERY NOTE

www.endofa.com www.endofa.com

For Account: Owners and/or Charterers and/or Managers and/or Operators and/or

CUSTOMER: SALVIN PRINCESS

| | |
|---|---|
| SERIAL NO.: | |
| DATE: | 26th JAN. 2017. |
| TRUCK NUMBER: | F&T 262XG, XS381F |
| ISO NUMBER: | |
| SEAL NUMBER: | 491645, 491903, 491925, 491173, 491095 |

**DELIVERY DETAILS**

| Notes | Time | Date |
|---|---|---|
| | | |
| Started discharge | 21:40Hrs | 25-01-17 |
| Completed discharge | 00:30 | 26-01-17 |

We acknowledge receipt of the above product and confirm that samples were taken

Receiver Name: SALVIN PRINCESS
Location: EKO SUPPORT TERMINAL
Tank Number: F O 2 C

EUGENE FILIPOVSKYI
Full name (in block letters)

SALVIN PRINCESS
SINGAPORE
C/S
OFF
GRT 64 T
NAT 1939 T

Signature / stamp

| PRODUCT A.G.O | |
|---|---|
| Product "As per Quality Certificate provided" | 70cm³ |
| Density at 15 C | 0.8627 |
| Viscosity Kin, CST at 50°C / 40°C | |
| Flashpoint C° | 75 |
| Pour point C° | |
| Sulphur % | |
| ASH % | |
| Water content % Vol | |

| DELIVERED QUANTITY | |
|---|---|
| Weight Bridge Serial Number | |
| Gross M3 | SEVENTY CUBIC METERS ONLY |
| Metric Tons | 70CM³ |

**SUPPLIER**

I, the fuel oil supplier's representative hereby declare, that the fuel oil supplied is in conformity with regulation 14(1) or (4)(a) and regulation 18(1) of ANNEX VI TO MARPOL 73/78. I confirm that the product was delivered and that the quantities are correct

Julius Hount
Full name (in block letters)

ENDOFA
Signature / stamp

endofa group
Delivering Positive Energy

**NOTE**

The above quantity is delivered subject to Endofa Group General Terms and Conditions

Our Offices:
Endofa LLC, 3730 Kirby Drive, Suite 1101, Houston, Texas 77098 - USA. P: +1 713 807 7337, usa@endofa.com
Endofa DMCC, JBC 1, Office 2905, Cluster G, P.O. Box 478545, JLT, Dubai - UAE. P: +971 4 433 2620, sales@endofa.com
Endofa VP, "Les Satellites", 6 rue des Congrès, 06000 Nice, France. P: +33 6 7340 3115, france@endofa.com

endofa
Delivering Positive Energy

**INVOICE NO.: Q-8173**

For account: Canega International Pte. Ltd.
c/o Canega Offshore Services
33544, FL
Wesley Chapel
United States

**Endofa LLC**
3730 Kirby Drive, Suite 1101

Houston, Texas 77098, U.S.A.
Telephone: +1 713 807 7337
sales@endofa.com

Vessel: SALVIN PRINCESS
Port: Lagos
Delivery (d-m-Y): 30-01-2017 - 30-01-2017

| Item | Quantity | Unit Price | Total Price |
|---|---|---|---|
| ITEM MOBILGARD 412 | 64.000 DRUMS | 564.000 USD/DRUMS | 36,096.00 USD |
| ITEM SHELL RIMULA 15W 40 R4L | 34.000 DRUMS | 548.000 USD/DRUMS | 18,632.00 USD |
| ITEM Shell Tellus S2 V46 | 8.000 DRUMS | 673.000 USD/DRUMS | 5,384.00 USD |
| ITEM SHELL OMALA S2 G68 | 4.000 DRUMS | 562.000 USD/DRUMS | 2,248.00 USD |
| ITEM SHELL TELLUS S2 MT100 | 1.000 DRUMS | 586.000 USD/DRUMS | 586.00 USD |
| ITEM SHELL GADUS S V220 2 (18 kg) | 6.000 LPS | 320.000 USD/PAILS | 1,920.00 USD |
| ITEM MOBILARMA 798 (40kg) | 2.000 LPS | 311.000 USD/PAILS | 622.00 USD |
| ITEM Demurrage | 1.000 LPS | 50,000.000 USD/MTS | 50,000.00 USD |
| ITEM Truck Charge | 1.000 LPS | 1,200.000 USD/MTS | 1,200.00 USD |
| **Total payment due to Endofa LLC** | | | **116,688.00 USD** |

Payment terms: Credit 45 days from date of delivery
Due date: 15-03-2017

Please be aware that all mail correspondence regarding payment related information, will come from accounts@endofa.com to avoid any attempts of email phishing.

** Please note that overdue payment will cause 3% per month interest charge of total invoice amount, chargeable from due date.
** Payments including partial payments made pursuant this invoice are with prejudice non-returnable and will be credited to the amount due.
** Our invoices are processed electronically only, so kindly treat scanned invoices and bunker delivery note as original.
** Please note NO ORIGINALS shall be sent unless requested by you.

IMPORTANT NOTE: This receivable has been pledged to TFS RT Inc., in accordance with, and subject to, the terms of the Master Accounts Receivable Loan and Security Agreement between TFS RT Inc., and Endofa LLC. Any objection to this invoice must be reported immediately to TFS RT Inc.

Please make payable to: Endofa LLC
Beneficiary address: 3730 Kirby Drive, Suite 1101
Houston, Texas 77098
U.S.A.

Name of Bank: Bank of Oklahoma, N.A.
Swift code: BAOKUS44XXX

| | |
|---|---|
| Route no: | 111014325 |
| Account no: | 8095609186 |

endofa

# DELIVERY NOTE

For Account: Owners and/ or Charterers and/ or Managers and/ or Operators and/or

MV SALVIN PRINCESS

| | |
|---|---|
| SERIAL NO. | T- 8173 |
| DATE DD/MM/YYYY | 30-01-2017 |

| | |
|---|---|
| IMO | 9709409 |
| NEXT PORT: | ORDER |

**DELIVERY DETAILS**

| Notes | Time | Date |
|---|---|---|
| | | |
| | | |
| | | |

**RECEIVING VESSEL**

Receiving vessel

Supplier: Endofa Energy DMCC

Full name (in block letters)

Signature / stamp

**DELIVERY METHOD**

BY TRUCK
No KSF 397 XR

**PRODUCT**

Type of product: SHELL

SHELL RIMULA R4 L 15W40 ... 34 DRUMS —
SHELL TELLUS S2 V46 8 DRUMS —
SHELL OMALA S2 G68 4 DRUMS —
SHELL TELLUS S2 MX 68 1 DRUM —
SHELL GADUS SV220-2 6 PAILS —

**DELIVERED QUANTITY**

TOTAL OF 53 ITEMS OF SHELL PRODUCTS - (53) —

endofa group
BASHIRU ABEJIDE
02-2-2017.

[illegible stamp text]

...KO SUPPORT SERVICES LTD
Bullnose Apapa Port
Lagos Port Complex

[illegible address line] - United States of America
Tel. [illegible] - Fax [illegible] - info@endofa.com

endofa

# DELIVERY NOTE

For Account: Owners and/ or Charterers and/ or Managers and/ or Operators and/or

MV SALVIN PRINCESS

| | |
|---|---|
| SERIAL NO. | T-8173 |
| DATE DD/MM/YYYY | 30-01-2017 |

| | |
|---|---|
| IMO | 9708409 |
| NEXT PORT: | ORDER |

| DELIVERY DETAILS | | |
|---|---|---|
| Notes | Time | Date |
| | | |
| | | |
| | | |

**RECEIVING VESSEL**

Receiving vessel

Supplier: Endofa Energy DMCC

Full name (in block letters)

Signature / stamp

**DELIVERY METHOD**

BY TRUCK
NO EKY 797 XP

**PRODUCT**

Type of product: MOBIL
MOBILGARD 412 = 64 DRUMS
MOBILARMA 798 = 18KG X 2 — 2

**DELIVERED QUANTITY**

TOTAL OF 66 MOBIL PRODUCTS.

endofa group
BASHIRU ADEYEMOI
AB
02-02-2017

EKU SUPPORT SERVICES LTD
Bolloaso Apapa Port
Lagos Port Complex

[illegible] • [illegible] • United States of America
Tel: [illegible] • Fax: [illegible] • [illegible]

endofa
Delivering Positive Energy

**INVOICE NO.: Q-8324**

For account: Canega International Pte. Ltd.
c/o Canega Offshore Services
33544, FL
Wesley Chapel
United States

**Endofa LLC**
3730 Kirby Drive, Suite 1101
Houston, Texas 77098, U.S.A.
Telephone: +1 713 807 7337
sales@endofa.com

Vessel: SALVIN PRINCESS
Port: Lagos w./barge
Delivery (d-m-Y): 20-02-2017 - 20-02-2017

| Item | Quantity | Unit Price | Total Price |
|---|---|---|---|
| MGO 0.13% | 230.00 CBM | 997.000 USD/MTS | 201,242.46 USD |
| **Total payment due to Endofa LLC** | | | **201,242.46 USD** |

Payment terms: Credit 45 days from date of delivery
Due date: 05-04-2017

Please be aware that all mail correspondence regarding payment related information, will come from accounts@endofa.com to avoid any attempts of email phishing.

** Please note that overdue payment will cause 3% per month interest charge of total invoice amount, chargeable from due date.
** Payments including partial payments made pursuant this invoice are with prejudice non-returnable and will be credited to the amount due.
** Our invoices are processed electronically only, so kindly treat scanned invoices and bunker delivery note as original.
** Please note NO ORIGINALS shall be sent unless requested by you.

IMPORTANT NOTE: This receivable has been pledged to TFS RT Inc., in accordance with, and subject to, the terms of the Master Accounts Receivable Loan and Security Agreement between TFS RT Inc., and Endofa LLC. Any objection to this invoice must be reported immediately to TFS RT Inc.

Please make payable to: Endofa LLC
Beneficiary address: 3730 Kirby Drive, Suite 1101
Houston, Texas 77098
U.S.A.

Name of Bank: Bank of Oklahoma, N.A.
Swift code: BAOKUS44XXX
Route no: 111014325
Account no: 8095609186

endofa
Delivering Positive Energy

www.endofa.com **BUNKER DELIVERY NOTE** www.endofa.com

**For Account: Owners and/or Charterers and/or Managers and/or Operators and/or**

MV M/V SALVIN PRINCESS M/T SISI COMFORT

| | |
|---|---|
| SERIAL NO.: | |
| DATE: | 20/02/2017 |
| DATE: | |
| IMO: | |
| NEXT PORT : | |

| DELIVERY DETAILS | | |
|---|---|---|
| Notes | Time | Date |
| Alongside | 20:45 | 20/02/17 |
| Started discharge | 23:10 | 20/02/17 |
| Completed discharge | | |

| | |
|---|---|
| Sounding/meter | |
| Reading before | |
| Reading after | |

We acknowledge receipt of the above product and confirm that samples were taken as per MARPOL Annex VI procedure at the vessels manifold, sealed and numbered in our presence as follows:

| | |
|---|---|
| Receiving vessel | |
| Bunker supplier | |
| MARPOL ANNEX VI | |
| Retained MARPOL | |

M.V SALVIN PRINCESS
CH ENGINEER

Full name (in block letters)

Signature / stamp

| PRODUCT | |
|---|---|
| Product | M.G.O |
| Density at 15 C | 0.8776 |
| Viscosity Kin, CST at 50°C / 40°C | |
| Flashpoint C° | 66 |
| Pour point C° | |
| Sulphur % | 0.257 |
| Ash % | |
| Water content % Vol | NIL |

| DELIVERED QUANTITY | |
|---|---|
| LTR / USG / IG | 230 M3 |
| Gross M3 | |
| Metric Tons | |

**SUPPLYING VESSEL**

I the fuel oil supplier's representative hereby declare, that the fuel oil supplied is in conformity with regulation 14(1) or (4)(a) and regulation 18(1) of ANNEX VI TO MARPOL 73/78. I confirm that the product was delivered and that the quantities are correct

JULIUS [illegible]

Full name (in block letters)

Delivering Positive Energy
ENDOFA

Signature / stamp

**NOTE**

The above quantity is delivered subject to Endofa Group General Terms and Conditions